# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Ryan J. Brock,  )
                Plaintiff  )
                vs.  )
                C/o Danny Spyker  )
Administrative Remedy  )
Coordinator Central office  )
Administrative Remedy  )
Coordinator North Central  )
Regional office  )
Administrative Remedy  )
Coordinator Thomson FCI  )
C/o Stringer  )
                Defendant(s)  )

Case No. _____
*(The case number will be assigned by the clerk)*

FILED
DEC 09 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Ryan J. Brock

Prison Identification Number: 21462-032

Current address: FCI Thomson
P.O. Box 1002    Thomson, IL. 61285

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: C/O Donny Spyker

Current Job Title: N/A

Current Work Address: N/A

Defendant #2:

Full Name: Administrative Remedy Coordinator Central Office

Current Job Title: Administrative Remedy Coordinator Central Office

Current Work Address _____

Defendant #3:

Full Name: Administrative remedy Coordinator North Central Regional office

Current Job Title: Administrative remedy Coordinator North Central Regional office

2

B. Defendants

Defendant #6:

Full Name: SIA Ricciardi
Current Job Title: SIA
Current Work Address: N/A

Defendant #7:

Full Name: SIS Lt. Alvarez
Current Job Title: SIS Lt.
Current Work Address:

Current Work Address _____

_____

Defendant #4:

Full Name: Administrative Remedy Coordinator Thomson FCI

Current Job Title: Administrative Remedy Coordinator Thomson FCI

Current Work Address _____

_____

Defendant #5:

Full Name: C/o Stringer

Current Job Title: B-Unit Counselor

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe  N/A

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many?  N/A    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number  N/A

2. Basic claim made  N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not  N/A

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Thomson FCI

4

Date(s) of the occurrence  February 1, 2024

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I was fired due to a bogus shot, that was given to me by C/O Spyker, so he could continue having sex with another inmate.

I was told by SIA Ricciardi that the shot was bogus and it would be expunged.
(SIS and SIA told me that they knew about C/O Spyker relationship with the inmates. SIA also told me that the shot that I received by C/O Spyker was bogus. SIA further stated that me loosing my jobs were due to Spyker sexual relationship with inmates Spencer Goudy and Alex Perez).
SIA Ricciardi told me that he talked with grand Prairie and that my shot would be expunged, just be patient and give it some time. My shot has not been expunged.

5

RELIEF REQUESTED

(State what relief you want from the court.)

I want my shot expunged, back pay, jobs back

and punitive damages. I want to be shipped directly to a low closer to home.

JURY DEMAND    Yes ☐    No ☐

Signed this __Second__ day of __December__, 20__24__.

_____Brock_____
( Signature of Plaintiff)

| Name of Plaintiff: Ryan J. Brock | Inmate Identification Number: 21462-032 |
|---|---|
| Address: FCI Thomson P.O. Box 1002 Thomson, IL. 61285 | Telephone Number: N/A |

8

Ryan J. Brock #21462-032
F.C.I. Thomson
P.O. Box 1002
Thomson, IL 61285



Clerk, United States Courthouse
211 19th St.
Room 203
Rock Island, IL. 61201